## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIBRANT LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-125-RGA |
| | ) |
| LENOVO (UNITED STATES) INC. and | ) |
| MOTOROLA MOBILITY LLC, | ) |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Vibrant Licensing LLC ("Plaintiff") and Defendants Lenovo (United States) Inc. and Motorola Mobility LLC ("Defendants"), through their attorneys of record, respectfully submit this joint stipulation of dismissal dismissing Plaintiff's claims for relief in this action against Defendants with prejudice and Defendants' claims for relief in this action against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: March 2, 2023

*/s/ Jimmy Chong*

Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

Cortney S. Alexander
(admitted pro hac vice)
cortneyalexander@kentrisley.com
Tel: (404) 855-3867
Fax: (770) 462-3299
KENT & RISLEY LLC

*Attorneys for Plaintiff Vibrant Licensing LLC*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Rodger D. Smith II* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Rodger D. Smith II (#3778) |
| Brian Paul Gearing (*pro hac vice*) | 1201 North Market Street |
| CROWELL & MORING LLP | P.O. Box 1347 |
| 590 Madison Avenue, 20th Floor | Wilmington, DE  19899 |
| New York, NY 10022 | (302) 658-9200 |
| (212) 895-4325 | jblumenfeld@morrisnichols.com |
| bgearing@crowell.com | rsmith@morrisnichols.com |

Ali Hossein Khan Tehrani (*pro hac vice*)
Wei-Chih Hsu (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500
atehrani@crowell.com
whsu@crowell.com

*Attorneys for Defendants Lenovo (United States) Inc.
and Motorola Mobility LLC*


SO ORDERED this 3rd day of March, 2023

/s/ Richard G. Andrews
United States District Judge